IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00273-GPG

SHAWN HARPER,

    Plaintiff,

v.

SHARON PHILIPS, Nurse Practitioner, Individual and Official Capacities,

    Defendant.

## ORDER DRAWING CASE

After review pursuant to 28 U.S.C. § 1915, the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.  See D.C.COLO.LCivR 40.1(a).  Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

DATED February 10, 2015, at Denver, Colorado.

                    BY THE COURT:

                    S/ Gordon P. Gallagher

                    _____
                    United States Magistrate Judge