IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00273-MEH

SHAWN HARPER,

     Plaintiff,

v.

SHARON PHILLIPS, in her individual and official capacities as a Nurse Practitioner,

     Defendant.

_____

**MINUTE ORDER**
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 13, 2015.**

     For good cause shown, Defendant's Motion to Vacate the Final Pretrial Conference [filed October 12, 2015; docket #23] is **granted**.   The Final Pretrial Conference currently set for November 2, 2015 is **vacated**, and will be rescheduled, if necessary, upon the Court's order ruling on the pending motion for summary judgment.