IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.  15-cv-00273-MEH

SHAWN HARPER,

    Plaintiff,

v.

SHARON PHILLIPS,

    Defendant.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Michael E. Hegarty on January 4, 2016, and incorporated herein by reference as if fully set forth, it is

ORDERED that Motion for Summary Judgment is GRANTED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Sharon Phillips and against Plaintiff, Shawn Harper.  It is

FURTHER ORDERED that plaintiff's Complaint and this civil action are DISMISSED with prejudice.

DATED at Denver, Colorado this   4th   day of January, 2016.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                  s/S. Libid
                  S. Libid, Deputy Clerk